UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:08-CR-62 RM |
| | ) | |
| MARIA T. HERNANDEZ | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on June 10, 2008. Accordingly, the court ADOPTS those findings and recommendations [Doc. No. 7], ACCEPTS defendant Maria Hernandez's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 18 U.S.C. § 1542.

SO ORDERED.

ENTERED:    July 3, 2008____

____/s/ Robert L. Miller, Jr._____
Chief Judge
United States District Court